IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:01CR215 |
| | ) | |
| v. | ) | |
| | ) | |
| TRACY COOK, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion of David R. Stickman and the office of the Federal Public Defender to withdraw (Filing No. 156). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted. David R. Stickman and the office of the Federal Public Defender are deemed withdrawn as counsel of record for defendant.

DATED this 11th day of January, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court